**GULF, MOBILE AND NORTHERN RAILROAD COMPANY, Appellant, v. ILLINOIS CENTRAL RAILROAD COMPANY, Appellee.**

No. 8164.

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1940.

Armstrong, McCadden, Allen, Braden & Goodman, of Memphis, Tenn., and J. N. Flowers, of Jackson, Miss., for appellant.

Clinton H. McKay, of Memphis, Tenn., for appellee.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

It appearing from stipulation of counsel filed herein that the parties to this cause have adjusted and disposed of the issues.

involved and that counsel are agreed that the appeal may be dismissed, it is now ordered that said appeal, D.C., 21 F.Supp. 282, be and it is hereby dismissed, the appellant to pay all the costs of this court, and all the costs of the District Court.